## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD P. RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>SHAWN HATTON,<br><br>    Respondent. | Case No.: 1:16-cv-00180 JLT (HC)<br><br>ORDER STRIKING PETITIONER'S MISCELLANEOUS MOTION<br>(Doc. 15) |

On February 9, 2016, Petitioner filed a petition for writ of habeas corpus. The Court issued an order directing Respondent to file an answer to the petition. Before Respondent filed his answer, on April 20, 2016, Petitioner filed a pleading entitled "Petition for Opposel [sic]." There is no such pleading in a habeas corpus action. Upon review of the pleading, it appears that Petitioner is merely providing further argument concerning the claims he raised in his petition. The Court did not request further briefing, nor was Petitioner granted leave to provide further briefing. Accordingly, the pleading entitled "Petition for Opposel" is **STRICKEN**.

IT IS SO ORDERED.

    Dated: **September 9, 2016**          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE